**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**-BROWNSVILLE DIVISION-**

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANSISCO X. SOLIS,<br>      Petitioner, | §<br>§<br>§ | |
| VS. | § | MISC. ACTION NO. B-04-009 |
| | § | |
| DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice<br>Institutional Division,<br>      Respondent. | §<br>§<br>§<br>§ | |

## ORDER

Petitioner, Fransisco X. Solis ("Solis"), filed a Motion for Order Authorizing Second

Application for Writ of Habeas Corpus (Docket No. 1) on March 19, 2004.  Respondent, Doug

Dretke, Director, TDCJ ("The Director") is ordered to file a response by June 7, 2004.

DONE at Brownsville, Texas, this 7th day of April, 2004.

John Wm. Black
United States Magistrate Judge