CLERK MICHAEL N. MILBY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS. 77208.

United States Courts
Southern District of Texas
FILED

MAY 10 2004

Michael N. Milby, Clerk of Court

B-04-CV-062

DEAR MR. MICHAEL N. MILBY: CLERK OF THE COURTS.
IN RESPECTS TO THE COURT OF THE SOUTHERN DIS-
TRICT OF TEXAS BROWNSVILLE DIVISION. IT IS THE
PETITIONER'S RESPONSIBILITY TO ADVICE THE CLERK OF
A CHANGE OF ADDRESS. AS YOUR OFFICE CAN SEE,
PETITIONER "SOLIS" IS NO LONGER LOCATED AT THE-
RAMSEY TWO UNIT 1200 FM 655 ROSHARON, TX 77583.
PETITIONER "SOLIS'S" NEW ADDRESS; BILL CLEMENTS UNIT
AT 9601 SPUR 591, AMARILLO TX. 79107-9606. SO,
IF YOU COULD PLEASE ADVICE THE SOUTHERN DISTRICT
OF TEXAS BROWNSVILLE DIVISION OF PETITIONERS CHANGE
OF ADDRESS.
IN ACCORDANCE TO THE COURT'S GUIDE LINES, IT IS
THE PETITIONERS RESPONSIBILITY TO CONTACT THE CLERK
OF THE COURT.

   PETITIONERS "SOLIS'S" NEW ADDRESS:

      BILL CLEMENTS UNIT
      9601 SPUR 591
      AMARILLO, TEXAS
         79107-9606

RESPECTFULLY YOURS:
Francisco X. Solis
FRANCISCO X. SOLIS (PRO-SE)
TDC # 586219
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS
   79107-9606

EXECUTED ON THE DATE
4TH OF MAY, 2004