IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| FRANSISCO X. SOLIS,<br>　　Petitioner,<br><br>VS.<br><br>DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice<br>Institutional Division,<br>　　Respondent. | §<br>§<br>§<br>§  CIVIL ACTION NO. B-04-062<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Pro se petitioner, Fransisco X. Solis ("Solis"), filed a Motion for Order Authorizing Second Application for Writ of Habeas Corpus (Docket No. 1) on March 19, 2004. Respondent, Doug Dretke ("the Director") was ordered to submit a response no later than June 7, 2004 (Docket No. 5). It has been determined that as a result of a clerical oversight, the Director did not receive a copy of the order.

IT IS hereby ORDERED that the Director file a response by August 25, 2004.

DONE at Brownsville, Texas, this 25th day of June, 2004.

　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge