In the United States
District Court for the Southern
District of Texas Brownsville Division

United States District Court
Southern District of Texas
FILED
JUN 18 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| Francisco X. Solis<br>Plaintiff-Petitioner<br><br>V.<br><br>Doug Dretke, Director<br>Texas Department of Criminal<br>Justice Institutional Division<br>Defendant-Respondent | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

B-04- 62

Mic. Action No. B-04009

## Motion for Appointment of Legal Counsel

TO THE Honorable Judge of said Court:

Come's now, Francisco X. Solis, Petitioner, Pro-ce in the above styled and numbered cause, and respectfully presents this motion for appointment of legal counsel, as petitioner fully understand's that he is only a lay-man of the law un-learned in such fiction's. The petitioner will show this Honorable Court that he has meanfully "tried" to seek legal assistance to help him file all of his legal work. His attempt has not been successfull. Petitioner will attach all the documents he has to show this court that his claim is support by facts. Further more will show this Honorable court the following reasons to why said motion should be granted by this court:

-pg 1-

## I Jurisdiction

That this Honorable Court has jurisdiction over all parties and matters in the above styled and numbered cause pursuant to 28. U.S.C. § 2254 (h). And the 6th, 14th Const' Amend.

## II. Cause of Action

The petitioner is being held illegally by the respondent through the judgement of the 197th Judical District Court of Cameron County, Texas on the 16th day of January, 1991, the petitioner was idicted, and pled guilty to murder with an affirmative finding of a deadly weapon namely a bandanna. After 8 years of confinement, the petitioner discovered that the Assistant District Attorney Joe Alvarado taped a confession, that he had falsified evidence in order to obtain an indictment of two counts of capital murder from the Cameron County Grand Jury. The petitioner avers that the only reason he pled guilty to the charges, was, that he was constantly barage with threats of the death sentence, if he failed to accept the plea agreement offered by the Cameron County District Attorney. The petitioner is not well versed in the law, nor has he received the proper formal training. As such, being indigent, he prays that this Honorable court will ~~grant~~ grant this motion, and

-pg2-

order that the petitioner be provided legal counsel in order to perfect the process of this appeal. This request is made in accordance with Rule 44(A), Federal Rules of Criminal Procedures and 28 U.S.C. § 2254(h). Also, to the Constitutional Amendments 6th, 14th; allowing the guarantee of equal protection of due process of common law.

### III. Arguments and Authorities

"A prisoner is entitled to Habeas Relief if his interest in freedom from unconstitutional incarceration outweighs the state interests in the administration of its criminal law."
Sandars v. US. 83 S.Ct. 1068 (1963); Kuhlmann v. Wilson, 106 S.Ct. 2627 (1986). The Texas Code of Criminal Procedure, Article §26.04; provides that, "Whenever the court determines that a defendant charged with a felony or misdemeanor punishable by imprisonment is indigent, or that the interest of justice require representation of a defendant in a criminal proceeding, the court shall appoint one or more practicing attorney's to defend him. An attorney appointed under this sub-section shall represent the defendant untill charges are dropped, the defendant is acquited, appeals are exhausted, or the attorney is relieved of his duties by

-pg 3-

the court, or replaced by another counsel". The rights of the defendant should be protected and preserved according to the common law. Also see: 18 U.S.C § 3006 (1)(H); (2), 28 U.S.C § 2254 (h); Wilson v. State, 956 S.W.2d 25, 29 (Tex. Cr. App 1997)

"Conviction obtained through use of false testimony, known to be such by representative of the state, is a denial of due process and there is also a denial of due process when the state, though not soliciting false evidence, allows it to go uncorrected when it appears." Blackburn v. State of Alaska, 80 S.Ct. 274 (1960) Nague v. People of the State of Illinois, 79 S.Ct. 1173 (1959)

"A right to a fair trial is fundamental liberty as secured by the Fourteenth Amendment." Estelle v. Williams, 96 S.Ct. 1691, reh. den; 96 S.Ct. 3182, on remand, 537 Fed 856 (1976)

### Prayer

Wherefore, premises considered, the petitioner prays that this Honorable Court will grant this motion for appointment of legal counsel in order for the petitioner to properly present his legal issues to the court that the has solicited false evidence in order to obtain an illegal indictment, and has threatened the petitioner with the death sentence in order to obtain a conviction. The issue presented in the petition were

-pg 4-

heard by the trial court without any evidentiary hearing on the allegations presented by the Petitioner, and without examination of the evidence left by Assistant District Attorney Joe Alvarado, who committed suicide after making a taped confessions of his illegal actions. Failure to approve this action will deny the Petitioner an opportunity to correct the injustice perpetrated against him by the state in violation of state and federal law, as well as against the state and federal constitutions.

Respectfully submitted,

*Francisco X. Solis*
Francisco X. Solis #586219
Williams Bill Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606

## VERIFICATION OF DECLARATION

I, Francisco X. Solis, TDC-ID # 586219, declare under the penalty of perjury that the foregoing is true and correct, and that this motion was placed in the Bill Clements Unit inmate mail system on the 9th day of June, 2004.

*Francisco X. Solis*
Francisco X. Solis #586219
Petitioner, Pro-Se

— pg 5 —

# ATTACHMENTS.

Documents of several law firm's to help support this motion. Also, to further press the issue, that the petitioner Solis, is in dire need of legal assistance.