IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANSISCO X. SOLIS,<br>Petitioner,<br><br>VS.<br><br>DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice<br>Institutional Division,<br>Respondent. | §<br>§<br>§<br>§ CIVIL ACTION NO. B-04-062<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 27, 2004, should be adopted and Respondent's Motion to Dismiss (Docket No. 9) be GRANTED and Petitioner's Motion for Order Authorizing Second Application for Writ of Habeas Corpus (Docket No. 1) be DISMISSED.

DONE at Brownsville, Texas, on this 26 day of August, 2004.

Hilda␣G. Tagle
United States District Judge