UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

File Number. B-04-062



FRANCISCO X. SOLIS,
  PLAINTIFF

V.

DOUGE DRETKE, DIRECTOR
OF THE TEXAS DEPARTMENT
OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION,
  DEFFENDANT

NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN, THAT SAID PARTIES: FRANCISCO X. SOLIS, (PLAINTIFF) DOUGE DRETKE (DEFFENDANT) THOMAS M. JONES, ASSISTANT ATTORNEY GENERAL, MAJISTRATE JUDGE JONH W. BLACK, PRISIDING JUDGE, HILDA G. TAGLE. IN THE ABOVE NAMED CASE, ARE HEREBY NOTIFIED OF SAID APPEAL TO THE UNITED STATES COURTS OF APPEALS FOR THE 5TH CIRCUIT (ADDRESS) 600 CAMP STREET, ROOM 102 NEW ORLEANS, LOUISIANA 70130. FROM THE,

PG 1.

Final Judgement of said presiding Judge Hilda G. Tagle, as said Judge has not meanfully given the plaintiff (Solis) the fair opportunity to establish his claims, those listed in his motion authorizing a second writ of habeas corpus, the need of an evidenuary hearing is still lacking. The claims made in the motion authorizing a second writ of habeas corpus have not been properly responded too. There is a manisfest of injustice. See, Fed. Rules Civ. Proc. Rule 56(C) 28 U.S.C.A. There should never be impartiality at any time. See Thomas V. Arn, 474 U.S. 140, 155, 106 S.Ct. 466, 475. 88 L.Ed. 2d 435 (1985). A parties(s) should be given the fair opportunity to fairly establish any or all proper diffence, the plaintiff has suffered harmfull error - that of prejudicey. It has tooken almost 30 day's to obtain said notice of dismissal from the presiding Judge.

Pg 2.

THE PLAINTIFF NOTIFIED THE CLERK OF THE COURT MR. MICHAEL MILBY OF A CHANGE OF ADDRESS. THIS IS ON RECORD. BUT, TWICE ONCE BY THE MAGISTRATE JUDGE J.W. BLACK AND PRISIDING JUDGE H.G. TAGLE SENDING DOCUMENTS TO PLAINTIFF'S OLD ADDRESS, MAKING THE RECIEPT OF ANY DOCUMENTS — LATE. THIS, CAN BE SUPPORTED BY THE RECORD. ALL THE PLAINTIFF ASKED FOR WAS THE RESPECT OF A FAIR OPPORTUNITY. BUT, TO NO AVAIL, HIS DUE PROCESS AND CONSTITUTIONAL RIGHTS CONTINUE BEING VIOLATED. PLAINTIFF ONLY HOPE, IS THAT THE SUPREME COURT WILL ALLOW HIM THE FAIR OPPORTUNITY GRANTED HIM BY THE UNITED STATES CONSTITUTION.

RESPECTFULLY SUB. *Francisco X. Solis*
Francisco X. Solis
TDC # 586219
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

I, FRANCISCO X. SOLIS, TDC# 586219, DECLARE UNDER PENALTY OF PERJURY THAT ALL STATED IN THIS NOTICE OF APPEAL IS TRUE AN CORRECT, SAID NOTICE IS PLACE IN THE BILL CLEMENTS MAIL SYSTEM. 09-21-04

Pg 3