IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

UNITED STATES OF AMERICA       &
                               &
VS.                            &    NO. B-04-062
                               &
FRANCISCO X. SOLIS,            &
    APPLICANT                  &

United States Courts
Southern District of Texas
FILED
SEP 28 2004
Michael N. Milby, Clerk

<u>AFFIDAVIT TO ACCOMPANY MOTION NOTICE
OF APPEAL IN FORMA PAUPERIS</u>

TO THE HONORABLE COURT OF THE UNITED STATES DISTRICT COURT. I FRANCISCO JAVIER SOLIS, being first duly sworn, depose and say that I am the applicant in the above-entitled case, that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am

pg 1.

ENTITLED TO REDRESS, AND THAT THE ISSUES WHICH I desires TO PRESENT ON APPEAL ARE THE Following:

1.) Prosecutorial misconduct in Falsifying evidence in order to obtain indictment.

2) Prosecutorial misconduct for withholding evidence favorable to the petitioner that, had it been known, would have caused the trial judge to lack jurisdiction in bringing this cause to trial.

3) Faulty indictment that has been shown to be fundamentally defective prevents trial judge from having jurisdiction over this cause.

4.) Judicial misconduct for trial judge failure to follow article 11.07 V.A.C.C.P. (2)(d) in that she failed to review the evidence for contest or validity.

I Further SWEAR THAT THERE RESPONCES WHICH below Relating to my ability to pay the cost of prosecuting the appeal

Pg2.

ARE TRUE:

1.) ARE you presently employed NO. THE LAST TIME I have recieved any kind of employment salary was in 1989.

2) Have you recieved within the past twelve months any income from a business, proffession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? NO.

3.) Do you own any cash or check or savings account? NO.

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? NO.

5.) List the persons who are dependent upon you for support and state your relationship, to those persons. 1) sister Lucinda S. Garcia, Brother Jose M. Solis, Daughter Marie Francis.

P93.

I Fully understand that a false statement or answer to any questions in this affidavit will subject me to the penalties for perjury.

Respectfully, *Francisco X Solis*

Francisco X. Solis
TDC# 586219
Bill Clements Unit
9601 Spur 591
Amerallo, TX
79107-9606

I, Francisco X. Solis, TDC# 586219, Do somaly sware that all said in this motion of forma pauperis is true and correct to the best of my knowledge this affidavit to accompany motion of notice of appeal is being mailed in the Bill Clements Unit maile system this 21 day of Semptember, 2004.

pg 4.