**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520
10/05/04

MICHAEL N MILBY, Clerk

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

Mr. Charles R. Fulbruge, III, Clerk

U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: <u>Fransicso X. Solis vs. Doug Drekte et, al.</u>

B-04-CV-62

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ x ] Certified Copy of Notice of Appeal and docket entries.

[   ] Certified copy of the notice of cross-appeal and docket entries.

[   ] Record of appeal consisting of ___Volume(s) of the record; ___ Volume(s) of the transcript.

[   ] OTHER_____

( ) Supplemental record consisting of_____, including updated document_

In regard to the notice of appeal, the following information is furnished:

[ x ] This case is proceeding in forma pauperis.

[   ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[   ] U.S. District Judge entering final judgment is_____

[   ] Court reporter assigned to this case is_____

[   ] If criminal case, number and names of defendants: _____

[ x ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: _Dahlila Ahumada_
Dahlila Ahumada

cc: File
U.S.C.A
S.M. Bozarth
Petitioner