Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

United States District Court
Southern District of T...
FILED
OCT 20 2004
Michael N. Milby
Clerk of Court

CASE: 1:04-CV-00062
CONTROL: 04104842

DATE 10-15-04

Dear Mes/Sir

To whom this letter may concern. I am contacting your office on this matter. That of a question; if my attorney who represented me in my original conviction never filed a, "Anders Brief" to the convicting court for leave. Would this mean that he still has an obligation to assist me on this appeal? Here is a recent letter he sent me where he, is, willin to assist me some kind of help. You see, I realize that because of the seriousness of the charges, that, of two counts of capital murder. I am going to need legal assistance to help prosecuted this appeal. I am sending to your office the form requested and his letter now, it will be up to your office to assist me obtain legal assistance, on this appeal.

Truly Yours,
Francisco J. Solis
TDC # 586219
Bill Clements Unit
9601 Spur 591
Amarillo, Texas
79102-9606

pg 1.

**MOISES V. VELA**
**ATTORNEY - ABOGADO**
501 E. TYLER STREET
HARLINGEN, TEXAS 78550

OFFICE TELEPHONE:
956-421-3344

OFFICE FAX:
956-425-1844

United States Court
Southern District of Texas
FILED
OCT 20 2004
Michael N. Milby, Clerk

July 10th, 2003

Dear Francisco:

I have received your letter. I am still trying to find your file and I feel that I still have it put away.

What I want you to do is see if the Penal System there will provide you an Attorney with whom I can work, and I Will, to see if we can help you.

Please remember that this was a very, very vicious crime that you were involved in and that you played a very, very active role in the murder. I know that you have been locked up for a long period of time, but the law is the law, and as Attorneys, when we handle these very, very serious crimes, we are always fighting that you don't get the death penalty.

Very truly yours,

Moises V. Vela

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Francisco X. Solis
Ramsey Two Unit
#586219
1200 FM 655
Rosharon TX 77583

---

Case: 1:04-cv-00062   Instrument: 15   (1 pages)
Date: Oct 5, 2004
Control: 04104842
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (___) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _ATTORNEY_
Suite: _MOISES V. VELA._
Street or P.O. Box: _501 E. TYLER STREET_
City, State & Zip: _HARLINGEN, TEXAS 78550_
Business Telephone: (_956_) _421-3344_

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208