UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS  78520

NOVEMBER. 03, 2004

MAIL
United States District Court
Southern District of Texas
RECEIVED

NOV 0 8 2004

Michael N. Milby, Clerk

NO. 04-41320  Solis V. Dretke
USDC NO. 1:04-CV-02

DEAR MR. MICHAEL N. Milby

SIR, I AM CONTACTING YOUR OFFICE REQUESTING FOR
A COPY OF THE FIRST FEDERAL WRIT & 2254 NO:
CA. B-01-089 Solis V. Johnson. DATED OCTOBER 12,
2001. TO HELP FOLLOW-UP IN THE FIFTH CIRCUIT.
HOPEFULLY, THRU THIS LETTER REQUESTING SAID COPY
OF THE FIRST FEDERAL WRIT & 2254 NO. CA-
B-01-089 I CAN OBTAIN A COPY BY YOUR OFFICE.
I WILL BE VERY MUCH GREATFULL FOR YOUR ASSIS-
TANCE AND PATIENCE IN THIS MATTER.

ALSO, I WOULD LIKE TO THANK YOU IN ADVANCE
FOR YOUR HELP IN THIS DIER MATTER.

VERY TRULY YOURS,
Francisco X. Solis
FRANCISCO X. Solis
TDC# 586219
BiLL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS
79107-9606

PG 1.