IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Francisco X. Solis<br>    Petitioner<br><br>V.<br><br>Doug Dretke, Director<br>Texas Department of Criminal<br>Justice Institutional Division<br>    Respondent | USDC NO. B-1:04-CV-62<br>COURT OF APPEALS<br>NO. 04-41320 |

MOTION TO OBTAIN COPIES
OF
COURT PROCEEDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FRANCISCO X. SOLIS, PETITIONER, PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE, AND PRESENTS THIS MOTION TO OBTAIN COPIES OF COURT PROCEEDINGS IN ACCORDANCE TO: FEDERAL CIVIL JUDICIAL PROCEDURE AND RULES 28 U.S.C § 2250; <u>INDIGENT PETITIONER ENTITLED TO DOCUMENTS WITHOUT COST</u>; SEE GARDNER V. CALIFORNIA, 89 S.CT. 582, 21 L.Ed 2d 601 (1969); THE PETITIONER WILL THIS HONORABLE COURT THE FOLLOWING:

pg 1.

# I. JURISDICTION

This Honorable Court has jurisdiction over all matters and parties in the above styled cause numbers also persuant to: 28 U.S.C § 2250

# II. CAUSE OF ACTION

The petitioner does not have the means to make said copies of court proceedings. That of four (4) copies of: listed below, (4) four co's of each

(1) A copy of the proposed § 2254 motion authorizing second writ of habeas corpus.

(2) Copies of the previous § 2254 petition challenging the judgement or sentence received in any conviction

(3) All court opinions and orders disposing of the claims advanced in both (1) and (2) above

(4) All magistrate Judge's reports and recommendations issued in connection with claims advanced in both (1) and (2) above.

The Fifth Circuit Court of Appeals has request said (4) four copies of each listed above from the, petitioner, these are to be attached to his § 2254, writ. The petitioner will attache as Exhibit (A) a original I-60 request form to show this court that he has meaningfully tried through the unit law library to get copies made. The Bill Clements unit law library claim that they don't make said copies of legal documents for offenders. The petitioner is left without any choice, but, to

pg2.

Request the court documents through this court. So, the petitioner files this motion to obtain copies of court proceedings under: (F.C.J. Pro. & Rules) Federal Civil Judical Procedure and Rules. 28. U.S.C. § 2250; Indigent petitioner entitled to documents without cost: If on any application for writ of Habeas Corpus an order has been made permitting the petitioner to prosecute the application in Forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as the application is pending. In this instance of the proceeding the petitioner needs the clerks assistance in obtaining the requested: (4) four copies of each court's proceeding listed in page (2) two of this motion: petitioner just needs equal access to the courts, this being the right to appeal, said denial would be a violation of the fourteenth Amendment of U.S. Const. Gardner v. California, 89 S.Ct. 582, 21 L.Ed 2d 601 (1969).

"A layman acting in his own behalf or in his own defense needs the court records even more than an attorney acting in his own behalf."

Maddox v. Ford, 818 F2d 1058 (5th Cir. 1987); Lesko v. Lehman, 923 F2d 1539 (5th 1989).

pg 3.

## Conclusion

That this Honorable Court allow the Clerk to produce said copies to the Petitioner. So the Petitioner can perfect his appeal in the Court of Appeals Fifth Circuit. This Court should grant said motion with consideration to the Petitioner allowing him the equal protection guaranteed by the due process clause of common law; acess to the courts.

## Verification

I, Francisco X. Solis, TDCJ-ID #586219, declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, and that this motion to obtain copies of court proceedings was mailed in the Bill Clements Unit inmate mail system on this 18th day of November, 2004.

Respectfully, sub:

*Francisco X. Solis*
Francisco X. Solis pro-se
TDC# 586219
Bill Clements Unit
9601 Spur 591
Amarillo, Texas
    79107-9606

c/co at 3

Pg. 4

EXHIBIT "A"