TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

DATE: 11-16-04

TO: Law Library Dpt
(Name and title of official)

ADDRESS: Bill Clements Unit

**SUBJECT:** State briefly the problem on which you desire assistance.

I will make this request briefly. At this present time I am letigating in the courts — 5th Circuit Court of Appeals. I have a letter from the Court requesting copies of several legal documents. Now, every unit's law library functions under different rules. I need to make copies of several documents. Does this law library allow offenders to do so?? I can show this law library the letter from the 5th Circuit's Clerk. Under Open Records Act and access to the courts, I'm requesting these copies. Thank you!

Name: Solis, Francisco J. No: #586219 Unit: BC
Living Quarters: 4S C-232 (B) Work Assignment: Buck Force

**DISPOSITION:** (Inmate will not write in this space)

Law Lib does not make copies for offenders
11-16-04 /s

I-60 (Rev. 11-90)