# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 01, 2004

Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
600 E Harrison Street
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
FILED

DEC 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

No. 04-41320 Solis v. Dretke
-----------------
USDC# 1:04-CV-62
Honorable Hilda G Tagle

Dear Mr Milby:

Our records reflect that there is an action pending for more than 45 days in the above referenced case before the named judge. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance in bringing this information to the judge's attention.

If our records are in error, or if the judge has disposed of the matter, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By _____
David E. Young
Chief Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE TEXAS—

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GEORGE LUNA,<br>  Plaintiff, | § § § | |
| vs. | § § § § § § | CIV. NO. B-04-133 |
| JOHN DUFFY,<br>  Defendant. | | |

## ORDER

The Court hereby orders Plaintiff George Luna ("Luna") to include his address on all pleadings filed with this Court. Per Luna's court file, Luna's last known address is Seagoville FCI, 2113 North Hwy 175, Seagoville, TX 75159. If this address is incorrect, Luna is to immediately supply the Court and defense counsel with his correct address.

The Court also orders Defendant John Duffy ("Duffy") to refile his Motion to Dismiss, originally filed on November 12, 2004, so that it complies with the Federal Rules of Civil Procedure. The Court will not consider a motion unsupported by an appropriate affidavit addressing the jurisdictional complaints in a non-conclusory form and not containing a Certificate of Service. Duffy is to refile his Motion to Dismiss no later than January 5, 2005, and Luna has twenty days from receipt of same to respond accordingly.

The Court further orders both parties to mail to the other side all previously filed pleadings that have not already been so forwarded.

Signed in Brownsville, Texas, the 7th day of December, 2004.

Andrew S. Hanen
United States District Judge