IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO X. SOLIS, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-62 |
| | § | |
| DOUG DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER

Before the Court is Petitioner, Francisco X. Solis's Motion to Obtain Copies of Court Proceedings. (Docket No. 21). After due consideration of all the motions, and pleadings, the Motion is hereby **DENIED**.

DONE at Brownsville, Texas this 13th day of January, 2005.

_____
John Wm. Black
United States Magistrate Judge