# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 2, 2005

Honorable Hilda G. Tagle, US District Judge
United States District Court
Southern District of Texas, Brownsville
600 E. Harrison Street #306
Brownsville, TX 78520-7114

No:   04-41320   Solis v. Dretke
-------------------------------------------------
USDC # 1:04-CV-62

United States District Court
Southern District of Texas
RECEIVED
FEB 0 7 2005
Michael N. Milby, Clerk

Dear Judge Tagle:

Our records reflect that there is still an action pending in the above referenced case. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance, and request a status update.

If our records are in error, or if you have disposed of the matter in any fashion, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

Sincerely,

David E. Young
Chief Deputy Clerk

DEY/src
cc:   ✓Mr. Michael N. Milby, Clerk