United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO X. SOLIS, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-62 |
| | § | |
| DOUG DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. Solis's Petition for a Certificate of Appealability is hereby **DENIED**. (Docket No. 20).

DONE at Brownsville, Texas this ___9___ day of ___February___, 2005.

_____
Hilda G. Tagle
United States District Judge