APPEAL, CLOSED, MAG

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00062
## Internal Use Only

Solis v. Dretke, et al
Assigned to: Judge Hilda G Tagle
Demand: $0
Case in other court: 197th Jud. Dist., 48-
00304-01
B-01-CV-089
Cause: 28:2254 Petition for Writ of Habeas
Corpus (State)

Date Filed: 03/19/2004
Jury Demand: None
Nature of Suit: 550 Prisoner:
Civil Rights
Jurisdiction: Federal Question

## Petitioner

**Francisco X. Solis**                    represented by **Francisco X. Solis**
Ramsey Two Unit
#586219
1200 FM 655
Rosharon, TX 77583
PRO SE

V.

## Respondent

**Doug Dretke**                    represented by **S Michael Bozarth**
*Director Texas Department of*
*Criminal Justice Institutional*
*Division*

Office of Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548
512-936-1400
Fax: 512-936-1280 fax
Email:
mike.bozarth@oag.state.tx.us

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2004 | 1 | MOTION for approval Application for Writ of Habeas Corpus by Francisco X. Solis, Motion Docket Date 4/8/04 [1-1] , filed. (mperez) (Entered: 03/31/2004) |
| 03/19/2004 | 2 | MOTION for discovery by Francisco X. Solis, Motion Docket Date 4/8/04 [2-1] motion , filed. (mperez) (Entered: 03/31/2004) |
| 03/19/2004 | 3 | APPLICATION-MOTION to proceed in forma pauperis by Francisco X. Solis, Motion Docket Date 4/8/04 [3-1] motion , filed. (mperez) (Entered: 03/31/2004) |
| 03/19/2004 | 4 | MOTION for appointment of counsel by Francisco X. Solis, Motion Docket Date 4/8/04 [4-1] motion , filed. (mperez) (Entered: 03/31/2004) |
| 04/07/2004 | 5 | ORDER Response by Doug Dretke, Director, TDCJ to motion set to 6/7/04 for [1-1] motion for approval Application for Writ of Habeas Corpus , entered; Parties notified. ( signed by Magistrate Judge W. Black ) (mperez) (Entered: 04/08/2004) |
| 04/07/2004 | 6 | ORDER granting [3-1] motion to proceed in forma pauperis , entered; IT IS hereby ORDERED that Petitioner will be allowed to proceed in Forma Pauperis and the Clerk of the Court is ordered to file the above styled case as a Civil Action. Parties notified. ( signed by Magistrate Judge John W. Black ) (mperez) (Entered: 04/08/2004) |
| 04/08/2004 | | **Added for Doug Dretke attorney James L Turner (mperez) (Entered: 04/08/2004) |

| 05/14/2004 | | **Added for Doug Dretke attorney S Michael Bozarth (rpinales) (Entered: 05/14/2004) |
|---|---|---|
| 05/14/2004 | 7 | Notice of change of address by Francisco X. Solis , filed. New address: Bill Clements Unit 9601 Spur 591, Amarillo, TX 79107-9606 (rpinales) (Entered: 05/14/2004) |
| 05/17/2004 | | CASE REFERRED to Magistrate Judge John W. Black (rpinales) (Entered: 05/17/2004) |
| 06/24/2004 | 8 | ORDER Response to motion reset to 8/25/04 for [1-1] motion for approval Application for Writ of Habeas Corpus , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (dahumada) (Entered: 06/24/2004) |
| 06/24/2004 | | **Renoticed document [8-1] relief Response to motion reset to 8/25/04 for [1-1] motion for approval Application for Writ of Habeas Corpus (dahumada) (Entered: 06/24/2004) |
| 07/18/2004 | 10 | MOTION by Francisco X. Solis Motion Docket Date 8/7/04 [4-1] motion for appointment of counsel , filed. (dahumada) (Entered: 07/29/2004) |
| 07/26/2004 | 9 | MOTION to dismiss for want of Subject Matter Jurisdiction with Brief in Support by Doug Dretke, Motion Docket Date 8/15/04 [9-1] motion , filed. (dahumada) (Entered: 07/26/2004) |
| 07/27/2004 | 11 | REPORT AND RECOMMENDATIONS of Magistrate Judge John W. Black , entered. Parties ntfd. Case no longer referred to Magistrate Judge John W. Black Objections to R and R due by 8/6/04 (dahumada) Modified on 07/29/2004 (Entered: 07/29/2004) |
| 08/05/2004 | 12 | MOTION of rebuttal by Francisco X. Solis, Motion Docket Date 8/25/04 [11-1] motion , filed. (dahumada) Modified on 08/17/2004 (Entered: 08/17/2004) |

| 08/26/2004 | 13 | ORDER granting [9-1] motion to dismiss for want of Subject Matter Jurisdiction with Brief in Support dismissing [1-1] motion for approval Application for Writ of Habeas Corpus , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (dahumada) Modified on 08/27/2004 (Entered: 08/27/2004) |
|---|---|---|
| 08/27/2004 | | **Renoticed document [13-1] order (dahumada) (Entered: 08/27/2004) |
| 09/28/2004 | 13 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 13 Order, by Francisco X. Solis, filed. (dahumada, ) (Entered: 10/01/2004) |
| 09/28/2004 | 14 | AFFIDAVIT re 13 Notice of Appeal by Francisco X. Solis , filed.(dahumada, ) (Entered: 10/01/2004) |
| 10/05/2004 | 15 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 13 Notice of Appeal. Fee status: ifp, filed. (dahumada, ) (Entered: 10/05/2004) |
| 10/06/2004 | | ***Motions terminated: 12 Motion for Miscellaneous Relief, Motion Docket Date, 2 Motion for Discovery, Motion Docket Date, 4 Motion to Appoint Counsel, Motion Docket Date. Motions were mooted. (dahumada, ) (Entered: 10/06/2004) |
| 10/20/2004 | 16 | Notice of Docketing Notice of Appeal from US Court of Appeals for the Fifth Circuit re: 13 Notice of Appeal. USCA No. 04-41320, filed.(rpinales, ) (Entered: 10/20/2004) |
| 10/20/2004 | 17 | Letter from Francisco Solis re: Legal Assistance, filed. (rpinales, ) Received from the Houston Division on 10/27/04,Modified on 10/28/2004 (rpinales, ). (Entered: 10/28/2004) |
| 11/08/2004 | 18 | Letter from Francisco X. Solis re: Copy of First Federal Writ and 2254 in CA B-01-089 , filed. (bvasquez, ) (Entered: 11/10/2004) |
| 11/10/2004 | | *** Forwarded to Francisco X Solis as of this date a |

| | | |
|---|---|---|
| | | copy of the first Petition for a Writ of Habeas Corpus: 28 USC 2254 filed on Civil Case B-01-089, filed. (bvasquez, ) (Entered: 11/10/2004) |
| 11/22/2004 | ● 20 | MOTION for Certificate of Appealability by Francisco X. Solis, filed. Motion Docket Date 12/12/2004. (mperez, ) (Entered: 11/24/2004) |
| 11/23/2004 | ● 19 | MOTION to Obtain Copies of Court Proceedings by Francisco X. Solis, filed. Motion Docket Date 12/13/2004. (Attachments: # 1 Appendix)(mperez, ) (Entered: 11/24/2004) |
| 12/07/2004 | ● 21 | USCA LETTER advising court of the record of an action pending for more than 45 days in the above referenced case. ( USCA No. 04-41320), filed. (rpinales, ) (Entered: 12/08/2004) |
| 01/13/2005 | ● 22 | REPORT AND RECOMMENDATIONS re 20 MOTION for Certificate of Appealability Objections to R&R due by 1/28/2005.( Signed by Judge John William Black ) (Attachments: # 1 Proposed Order) Parties notified.(mperez, ) (Entered: 01/13/2005) |
| 01/13/2005 | ● 23 | ORDER. Before the Court is Petitioner, Francisco X. Solis Motion to Obtaine Copies of Court Proceedings. (Docket No. 21). After due consideration of all the motions, and pleadings, the Motion is hereby denied.. ( Signed by Judge John William Black ) Parties notified.(bvasquez, ) (Entered: 01/14/2005) |
| 02/02/2005 | ● 24 | MOTION of Rebutial to Magistrate Judge's Report & Recommendation by Francisco X. Solis, filed. Motion Docket Date 2/22/2005. (sjones, ) (Entered: 02/07/2005) |
| 02/07/2005 | ● 25 | Letter from United States Court of Appeals re: Action Pending in the Case , filed. (bvasquez, ) (Entered: 02/08/2005) |
| 02/10/2005 | ● 26 | ORDER ADOPTING 22 REPORT AND |

| | | |
|---|---|---|
| | | RECOMMENDATIONS re 20 MOTION for Certificate of Appealability, DENIED. ( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 02/10/2005) |
| 02/10/2005 | | ***Case Terminated. (rpinales, ) (Entered: 02/10/2005) |