## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**United States District Court**
**Southern District of Texas**
**FILED**
MAY 1 8 2005
Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 6, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 04-41320 Solis v. Dretke
USDC No. 1:04-CV-62

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

cc: w/encl:
    Mr Francisco X Solis
    Ms Marta Rew McLaughlin

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-41320

---

FRANCISCO X SOLIS

    Petitioner - Appellant

v.

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

    Respondent - Appellee

United States Court of Appeals
Fifth Circuit
**FILED**
May 6, 2005

Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

  Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 6, 2005, for want of prosecution. The appellant failed to timely file motion for COA and Brief in Support.

          CHARLES R. FULBRUGE III
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

          By: _____
            Chris P. Descant, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy

New Orleans, Louisiana    MAY 0 6 2005