United States District Court
Southern District of Texas
FILED

JUN 2 4 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 22, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-41320 Solis v. Dretke
    USDC No. 1:04-CV-62

The following is (are) returned:

Original Record on Appeal, ( 1 ) Vols.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _____
        Sarah Holmes, Deputy Clerk
        504-310-7689

REC-3